**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Navarro-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0137-JLS |
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| **GONZALO NAVARRO-FLORES**, | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES,** Michelle Betancourt, and Federal Defenders of San Diego, counsel for Mr. Gonzalo Navarro-Flores, along with Assistant United States Attorney Christina McCall, that the motion hearing currently set for May 9, 2008, be rescheduled to July 11, 2008, at 1:30 p.m.

Dated: May 6, 2008                    _s/ Michelle Betancourt_
                                       **MICHELLE BETANCOURT**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Navarro-Flores

Dated: May 6, 2008                    _s/ Christina McCall_
                                       **CHRISTINA McCALL**
                                       Assistant United States Attorney