**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Navarro-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANNIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR0137-JLS |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **GONZALO NAVARRO-FLORES,** ) | |
| Defendant. ) | |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

     Christina McCall, Assistant United States Attorney
     Christina.McCall@usdoj.gov efile.dkt.gc2@usdoj.gov,;Yvette.Reyes@usdoj.gov

Dated: May 6, 2008

                       s/ Michelle Betancourt
                       MICHELLE BETANCOURT
                       Federal Defenders
                       225 Broadway, Suite 900
                       San Diego, CA 92101-5030
                       (619) 234-8467 (tel)
                       (619) 687-2666 (fax)
                       e-mail: michelle_betancourt@fd.org