UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0137-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| **GONZALO NAVARRO-FLORES**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.11 ) requesting the continuance of the motion hearing currently set for May 9, 2008 and continued to July 11, 2008, at 1:30 p.m., be **GRANTED.**

**SO ORDERED.**

DATED: May 7, 2008

Honorable Janis L. Sammartino
United States District Judge