1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467, Ext. 3737
4  Facisimile: (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Mr. Gonzalo Navarro-Flores

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10             (**HONORABLE JANIS L. SAMMARTINO**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0137-JLS |
| | ) | |
| | ) | DATE: July 11, 2008 |
| | ) | TIME: 1:30 p.m. |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF MOTIONS AND |
| | ) | MOTIONS: |
| | ) | |
| GONZALO NAVARRO-FLORES, | ) | (1)  TO DISMISS THE INDICTMENT DUE |
| | ) | TO AN INVALID DEPORTATION; |
| | ) | (2)  FOR LEAVE TO FILE FURTHER |
| Defendant. | ) | MOTIONS |
| _____ | ) | _____ |

20  TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CHRISTINA McCALL, ASSISTANT UNITED STATES ATTORNEY:

22      PLEASE TAKE NOTICE that on July 11, 2007, at 1:30 p.m., or as soon thereafter as counsel may

23 be heard, the defendant, Gonzalo Navarro-Flores, by and through his counsel, Michelle Betancourt and

24 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Gonzalo Navarro-Flores, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to dismiss the indictment due to an invalid deportation; and
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: June 30, 2008          */s/ Michelle Betancourt*
                              **MICHELLE BETANCOURT**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Navarro-Flores
                              michelle_betancourt@fd.org