**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Christina McCall**
Efile.dkt.gc2@usdoj.gov

Dated: June 30, 2008                              */s/ Michelle Betancourt*
                                                  MICHELLE BETANCOURT
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  e-mail: michelle_betancourt@fd.org