MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs GONZALO NAVARRO-FLORES     No. 2008CL137-JLS

The Court finds excludable delay, under the section indicated by check (✓), commenced on 2/12/08 and ended on 7/11/08.

3161(h)

___ (1)(A)  Exam or hrg for **mental or physical incapacity**                                    A
___ (1)(B)  **NARA exam**ination (28:2902)                                                        B
___ (1)(D)  State or Federal trials or **other charges pending**                                  C
___ (1)(E)  **Interlocutory appeals**                                                             D
 X  (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)                          E
___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)                             F
___ (1)(J)  **Proceedings under advisement** not to exceed thirty days                            G
___         Misc proc:  Parole or prob rev, deportation, **extradition**                          H
___ (1)(H)  **Transportation** from another district or to/from examination                       6
            or hospitalization in ten days or less
___ (1)(I)  Consideration by Court of **proposed plea agreement**                                 7
___ (2)     **Prosecution deferred** by mutual agreement                                          I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                            M
___ (4)     Period of **mental or physical incompetence** of defendant to                         N
            stand trial
___ (5)     Period of **NARA commitment or treatment**                                            O
___ (6)     **Superseding indictment and/or new charges**                                         P
___ (7)     **Defendant awaiting trial of co-defendant** when no severance                        R
            has been granted
___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than                      T
              one of the reasons below are given in support of continuance
___ (8)(B)(i)(1) Failure to **continue** would stop further proceedings or                        T1
                 result in **miscarriage of justice**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                                T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in                         T3
                   thirty (30) days
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or **substitute**                   T4
                   **counsel**, or give reasonable time to prepare
___ 3161(I)     Time up to **withdrawal of guilty plea**                                          U
___ 3161(b)     **Grand jury indictment time extended** thirty (30) more days                     W

Date 7/11/08                                                          _____
                                                                           Judge's Initials