UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 21 PM 3: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

GONZALO NAVARRO-FLORES,

            Defendant.

CASE NO. 2008CR0137-JLS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC §1326(a) AND (b) DEPORTED ALIEN FOUND IN THE UNITED STATES .

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 11, 2008

_____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON _____

FILED
08 JUL 21 PM 3: 03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY